

(7)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELIX W. RODRIGUEZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 03-6242 |
| DONALD T. VAUGHN, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 17th day of July, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated June 24, 2008, IT IS HEREBY ORDERED that:

    1.    the Report and Recommendation is APPROVED and ADOPTED; and

    2.    the Petition is TRANSFERRED to the District Court for the Middle District of Pennsylvania.

BY THE COURT:

_____
R. Barclay Surrick, J.