**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FELIX W. RODRIGUEZ,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-08-1583 |
| v. : | |
| : | (Judge Caputo) |
| **DONALD T. VAUGHN,** *et al.*, : | |
| : | |
| Respondents : | |

**O R D E R**

NOW, this **2nd** day of **MARCH, 2015**, for the reasons set forth in the foregoing Memorandum, **IT IS ORDERED THAT**:

1. The petition under 28 U.S.C. § 2254 is **DISMISSED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall mark this matter **CLOSED.**

                                                             **/s/ A. Richard Caputo**
                                                             **A. RICHARD CAPUTO
                                                             United States District Judge**